IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PHILIP HUNTER JOCHEM,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **CHARLES E. ORTEGA, JEFFREY MARK FRITZ, NEXTGEN MANAGEMENT GROUP, LLC, NEXTGEN WELLNESS GROUP, INC., AND FOJ PROPERTY GROUP, LLC,** | § § § § § § § | CIVIL ACTION No. 3:22-CV-01890 |
| Defendants. | § | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS AND FOR MORE DEFINITE STATEMENT

TO THE HONORABLE JUDGE U.S. DISTRICT JUDGE ADA BROWN:

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e), Defendants Charles E. Ortega, Jeffery Mark Fritz,[1] Nextgen Management Group, LLC, Nextgen Wellness Group, Inc., and FOJ Property Group, LLC (collectively, "Defendants") request that the Court enter an Order dismissing Plaintiff Philip Hunter Jochem's ("Plaintiff") claims for declaratory judgment and partition and requiring that Plaintiff provide a more definite statement of his Complaint.

In support of said motion, Defendants will show in their Brief in Support that the claims for declaratory judgment contained in paragraphs 182, 183, 188, 189, 190, and 191 of Plaintiff's Complaint are impermissible under the Declaratory Judgments Act, Plaintiff's partition claim is insupportable because Plaintiff admits in his Complaint he does not own the property he seeks to partition, and Plaintiff's conspiracy and breach of contract claims are so vague that Defendants

---

[1] Defendant Jeffery Mark Fritz is improperly named in this lawsuit as "Jeffrey Mark Fritz."

cannot prepare sufficient responses without a more definite statement. As a result, Defendant's Motion to Dismiss and for More Definite Statement should be granted.

## PRAYER

Defendants Charles E. Ortega, Jeffery Mark Fritz,[2] Nextgen Management Group, LLC, Nextgen Wellness Group, Inc., and FOJ Property Group, LLC respectfully pray that this Court grant their Motion to Dismiss and for More Definite Statement, dismissing Plaintiff's declaratory judgment claims contained in paragraphs 182, 183, 188, 189, 190, and 191 of the Complaint with prejudice, and ordering Plaintiff to amend his Complaint to make a more definite statement as to his conspiracy and breach of contract claims.

Respectfully submitted,

By: */s/ Michael C. Kelsheimer*
MICHAEL C. KELSHEIMER
Texas Bar No. 15109200
mkelsheimer@graygreed.com
JACOB A. LEWIS
Texas Bar No. 24087924
jlewis@grayreed.com

GRAY REED & MCGRAW LLP
4600 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 954-4135 – Telephone
(214) 953-1332 – Facsimile

**ATTORNEYS FOR DEFENDANTS**

---

[2] Defendant Jeffery Mark Fritz is improperly named in this lawsuit as "Jeffrey Mark Fritz."

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2022, a true and correct copy of the foregoing document was served upon Plaintiff's counsel of record via the Court's ECF system as follows:

Jules P. Slim
P.O. Box 140307
Irving, TX 75014
jslim@slimlawfirm.com

                                               */s/ Michael C. Kelsheimer*
                                               Michael C. Kelsheimer